IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTIAN OWENS, | No. 4:22-CV-01781 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| WILLIAM BECHTOLD, *et al.*, | |
| Defendants. | |

## ORDER

**AND NOW**, this 28th day of February 2023, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1. Plaintiff's motions (Doc. 7, 9) for leave to proceed *in forma pauperis* are **GRANTED**.

2. Plaintiff's complaint, Doc. 1, is **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim upon which relief may be granted.

3. Plaintiff, if desired, shall have **21 days** from the date of this Order to file an amended complaint.

4. If no amended complaint is timely filed, this case will be closed.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge